

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00046-CR

| | | |
|---|---|---|
| RICKY DARRELL LOVE, Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1492579D) |
| V. | § | May 23, 2019 |
| | § | Opinion by Justice Pittman |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment for count two. The judgment for Appellant Ricky Darrell Love's conviction for burglary in count two is vacated. It is ordered that the judgment of the trial court in count one is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Mark T. Pittman_____
     Justice Mark T. Pittman